United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGEL ACOSTA,

    Plaintiff(s),

    v.

WELLS FARGO BANK NA, et al.,

    Defendant(s).

_____/

No. C 10-0991 PJH

**INTRA DISTRICT TRANSFER ORDER**

Pursuant to Civil Local Rule 3-2(f), this case is TRANSFERRED from the Oakland Division to the San Jose Division, where it should have been filed given that 1) plaintiff resides in that division, 2) all defendants are located in that division and have, according to plaintiff, a "main business address" in that division, and 3) the property that is the subject of the lawsuit is located in that division.

**IT IS SO ORDERED.**

Dated: March 10, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge