1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ANGEL ACOSTA, | ) | Case No.: C 10-00991 PVT |
| Plaintiff, | ) ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) ) | |
| WELLS FARGO BANK, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

    Plaintiff Angel Acosta moves for a preliminary injunction in the above-captioned action. This case has been assigned to a Magistrate Judge. Before the court takes any further action, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

    IT IS HEREBY ORDERED that no later than March 15, 2010, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1  section of the court's website at www.cand.uscourts.gov.

2  Dated:    March 10, 2010

3  _____
   PATRICIA V. TRUMBULL
4  United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28