UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ANGEL ACOSTA, | ) | Case No.: C 10-00991 PVT |
| Plaintiff, | ) ) | **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |
| v. | ) ) | |
| WELLS FARGO BANK NA, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Following an intradistrict transfer of the above-captioned action, plaintiff Angel Acosta moves to extend the temporary restraining order. ("Acosta"). Plaintiff Acosta has consented to the jurisdiction of a U.S. Magistrate Judge. *See* Docket No. 10. However, defendants Wells Fargo Bank NA, First American Loanstar and Financial Group have not yet appeared and therefore, have not consented to jurisdiction of a U.S. Magistrate Judge.

"[A] judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief . . . ." 28 U.S.C. § 636(b)(1)(A). "Upon consent of the parties, a full-time United States magistrate judge . . . may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case, when specially designated to exercise such jurisdiction by the district court or courts he serves." 28

1  U.S.C. § 636(c)(1).

2       In light of the nature of the relief sought by plaintiff Acosta and absent the consents of the
3  defendants, the court is without jurisdiction to proceed on the request to extend the temporary
4  restraining order.  Accordingly, the above-captioned action shall be reassigned to a district court
5  judge.

6       IT IS SO ORDERED.

7  Dated: March 19, 2010

8                                           PATRICIA V. TRUMBULL
9                                           United States Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28