**E-Filed 3/19/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL ACOSTA,<br><br>               Plaintiff,<br><br>               v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>               Defendants. | Case Number C 10-991 JF (PVT)<br><br>ORDER[1] EXTENDING TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION |

       On March 8, 2010, Plaintiff filed the instant action alleging claims arising from a real estate transaction. Plaintiff is suing the lender and others involved in the transaction, asserting among other things that the transaction violated the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq*. On March 9, 2010, Plaintiff filed an application for a temporary restraining order ("TRO") and for an order to show cause why a preliminary injunction should not issue. On March 10, 2010, the district judge initially assigned to the case, Judge Phyllis J. Hamilton, issued a TRO effective through March 21, 2010 and ordered that the case be transferred to the San Jose

---

[1] This disposition is not designated for publication in the official reports.

1  Division.  The case was reassigned to Magistrate Judge Patricia V. Trumbull.  On March 19,
2  2010, Judge Trumbull issued an order directing that the case be reassigned to a district judge.
3  The case has not been formally reassigned, but according to the Clerk's Office the case will be
4  reassigned to the undersigned.
5      The TRO is HEREBY EXTENDED through March 26, 2010 so that the undersigned may
6  become familiar with the case and consider in an orderly fashion the merits of Plaintiff's
7  application for preliminary injunctive relief.  A hearing on Plaintiff's motion for a preliminary
8  injunction is HEREBY SET for March 26, 2010 at 9:00 a.m.
9      Defendants have not yet appeared in this action, and thus will not receive electronic
10 notice of this order.  Plaintiff shall give each Defendant notice of the date and time of the March
11 26 hearing.
12     IT IS SO ORDERED.

16 Dated:  March 19, 2010

                                    _____
                                    JEREMY FOGEL
                                    United States District